**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


| | | |
|---|---|---|
| IN RE: 52ND JUDICIAL DISTRICT | : | No. 45 MM 2020 |
| DECLARATION OF JUDICIAL | : | |
| EMERGENCY (LEBANON COUNTY) | : | |


**ORDER**


**PER CURIAM**

     **AND NOW**, this 15th day of July, 2021, the Application for Relief is GRANTED, IN PART.

     To the extent the Application seeks authorization for the President Judge of the 52nd Judicial District to continue to suspend any statewide rule that restricts the use of advanced communication technology (ACT) in court proceedings, the Application is GRANTED, with the qualifications that the President Judge's authority to suspend ACT-related rules continues only through August 31, 2021, and that judges shall be present in the courthouse, judicial center, or other court facility whenever a proceeding is being conducted by ACT, except for extraordinary circumstances, such as when court properties have been closed due to inclement weather or other emergency under Pa.R.J.A. Nos. 1950-1954, or when a proceeding is not being conducted during normal business hours.

     In all other respects, the Application is DENIED.